■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SOSTRE, Appellant. [975 NYS2d 664]—Appeal from judgment, Supreme Court, New York County (A. Kirke Bartley, Jr., J.), rendered January 19, 2011, convicting defendant, after a jury trial, of two counts of assault in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 12 years, unanimously dismissed, and the matter remanded to Supreme Court for proceedings to vacate the judgment and dismiss the indictment (*see People v Matteson*, 75 NY2d 745 [1989]; *People v Mintz*, 20 NY2d 753, 770 [1967]). Concur—Friedman, J.P., Renwick, Freedman and Feinman, JJ.

Motion seeking to abate appeal due to death granted.